C. A. No. 74-250. STATE *v.* LUCILLE HASNEY. Motion of State to affirm the judgment and order of the Superior Court pursuant to Rule 16(g) is denied. Paolino, J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Weg-*

*ner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.